IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSE ROBERT DAMON,<br><br>    Defendant. | Case No. 3:22-cr-00050-RRB<br><br>**ORDER** |

The Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty, filed at Docket 43, in its entirety and enters an adjudication of guilt as to Count 1 of the Indictment.

DATED this 17th day of July, 2024, at Anchorage, Alaska.

                                                          */s/ Ralph R. Beistline*
                                                        RALPH R. BEISTLINE
                                         Senior United States District Judge